UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. No. 11-CV-10460-TSH

GRAPHIC ARTS MUTUAL INSURANCE CO., )
UTICA MUTUAL INSURANCE CO., and )
REPUBLIC FRANKLIN INSURANCE CO., )
)
    *Plaintiffs*, )
)
v. )
)
D.N. LUKENS, INC., )
)
    *Defendant*, )
)
and )
)
ARROWOOD INDEMNITY COMPANY, )
AMERICAN INTERNATIONAL PACIFIC )
INSURANCE COMPANY, and )
GRANITE STATE INSURANCE COMPANY, )
)
    *Nominal Defendants/Interested Parties.* )
)

## PLAINTIFFS' MOTION TO FILE A SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF SUMMARY JUDGMENT

Pursuant to Local Rule 7.1(b)(3), plaintiffs Graphic Arts Mutual Insurance Co., Utica Mutual Insurance Co., and Republic Franklin Insurance Co. (jointly, "Utica") request leave of Court to file a short memorandum (3 pages), attached hereto, in further support of its motion for summary judgment. As grounds, Utica states as follows.

(1)      On May 22, 2013, the Massachusetts Appeals Court issued the decision New England Insulation Company, Inc. v. Liberty Mutual Insurance Company, 83 Mass. App. Ct. 631 (2013). The Appeals Court's decision is relevant to Utica's motion for summary judgment, which currently is pending before the Court.

(2)     Utica's proposed memorandum explains why the Appeals Court's decision is relevant and supports Utica's position.

(3)     Consideration of the newly decided Appeals Court case and Utica's short memorandum will assist the Court in rendering a just decision on Utica's motion for summary judgment.

WHEREFORE, the Court should allow Utica to file the memoranda attached hereto. If this motion is allowed, Utica will file the memoranda separately so that it has its own docket entry.

UTICA MUTUAL INSURANCE CO., and
REPUBLIC FRANKLIN INSURANCE CO.,

By their attorneys,

/s/ Kurt B. Fliegauf
Russell F. Conn (BBO #094440)
Kurt B. Fliegauf (BBO #564329)
CONN KAVANAUGH ROSENTHAL
 PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200
RConn@ConnKavanaugh.com
KFliegauf@ConnKavanaugh.com

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 29th day of May, 2013.

/s/ Kurt B. Fliegauf

823520.2